| Prob22 (Rev 3/98 | | DOCKET NUMBER (Tran. Court) 2:06CR20160-01-B |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) 3:12-00182-01 |
| NAME AND ADDRESS OF PROBATIONER/ SUPERVISED RELEASEE<br><br>Kenneth Charles Yarbrough<br>Cumberland Furnace, TN | DISTRICT<br>Western District of Tennessee | DIVISION<br>Memphis |
| | NAME OF SENTENCING JUDGE<br>Honorable J. Daniel Breen | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 03/02/2012 — TO 03/01/2027 |

OFFENSE
Transportation of Child Pornography 18 U.S.C.§§ 2252 (a)(1) and 2.
Receipt of Child Pornography 18 U.S.C. § 2252 (a)(2).
Criminal Forfeiture 11 U.S.C. §§ 2252.

RECEIVED
APR 26 2012
U.S. PROBATION &
PRETRIAL SERVICES
M/D TENNESSEE

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE(MEMPHIS)

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/9/12
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE.

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9-19-12
Date

United States District Judge